THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00100-MR-DSC

| | |
|---|---|
| ANN U. ABRAMS, ) ) Plaintiff, ) ) vs. ) ) JUDITH E. JENKINS, FOUR ) SEASONS LANDSCAPING, INC., ) and DANIEL LUCAS d/b/a LUCAS ) TREE SERVICE, ) ) Defendants. ) _____ ) | O R D E R |

**THIS MATTER** is before the Court on Defendant Four Seasons Landscaping, Inc.'s Motion to Set Aside Entry of Default. [Doc. 28]. The Plaintiff does not oppose the Defendant's Motion. [Doc. 29].

For the reasons stated in the Defendant's Motion, and in light of the Plaintiff's consent,

**IT IS, THEREFORE, ORDERED** that Defendant Four Seasons Landscaping, Inc.'s Motion to Set Aside Entry of Default [Doc. 28] is **GRANTED**, and the Clerk's Entry of Default [Doc. 20] is hereby **SET ASIDE.** The Defendant Four Seasons Landscaping, Inc. shall file its Answer to the

Plaintiff's Amended Complaint within fourteen (14) days of the entry of this Order.

**IT IS SO ORDERED.**   Signed: October 24, 2016

Martin Reidinger
United States District Judge