# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:16-cv-00100-MR-DSC

| | |
|---|---|
| ANN U. ABRAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JUDITH E. JENKINS, FOUR ) | |
| SEASONS LANDSCAPING, INC., ) | |
| and DANIEL LUCAS, d/b/a ) | |
| LUCAS TREE SERVICE, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

On September 14, 2016, the Defendant Daniel Lucas, d/b/a Lucas Tree Service, filed a Memorandum of Law in Support of his Motion for Partial Summary Judgment. [Doc. 61]. The Defendant's Memorandum of Law, however, fail to comply with this Court's Pretrial Order and Case Management Plan, which requires that briefs must be in at least 14 point type. [Doc. 45 at 7]. Accordingly, the Defendant's Memorandum of Law will be stricken.

**IT IS, THEREFORE, ORDERED** that the Defendant's Memorandum of Law in Support of his Motion for Partial Summary Judgment [Doc. 61] is

**STRICKEN**. The Defendant may file a brief which comply with the requirements of this Court within seven (7) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: July 31, 2017

Martin Reidinger
United States District Judge